IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **HOA QUANG HA,**<br><br>　　　　　　　　　　　Petitioner,<br><br>　　　v.<br><br>**GAIL LEWIS, Warden,**<br><br>　　　　　　　　　　　Respondent. | Case No. C 09-02635 CW (PR)<br><br>**ORDER GRANTING EXTENSION OF TIME TO FILE RESPONSE** |

　　GOOD CAUSE APPEARING, it is hereby ordered that respondent is granted an enlargement of time, to and including August 23, 2010, to file a response. If petitioner wishes to file a traverse, he shall do so within 60 days of his receipt of the response.

Dated: **6/28/2010**　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　The Honorable Claudia Wilken